WATKINS et al., Respondents, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by Edward Watkins and others against William Brown. No opinion. Judgment of the Municipal Court affirmed by consent, without costs.